## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INDUSTRIAS FELICIANO ALUMINUM, INC., JL TRADING CORP. and PUERTAS Y VENTANAS, JM, INC.,<br><br>      *Plaintiffs,*<br><br>v.<br><br>UNITED STATES,<br><br>      *Defendant.* | **SUMMONS**<br><br>Court No. 22-00075 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                **/s/ Mario Toscano**
                Clerk of the Court

1. **Name and Standing of Plaintiffs:**

   Plaintiffs in this action are Industrias Feliciano Aluminum, Inc., JL Trading Corp. and Puertas y Ventanas, JM. Inc.  Plaintiffs are importers aluminum extrusions and actively participated in the antidumping duty ("AD") administrative review that is the subject of this action through submissions of argument.  Plaintiffs are interested parties within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).   Plaintiffs have standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).   Therefore, they have standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i).

2. **Brief Description of Contested Determination:**

   Plaintiffs contest the final results issued by the U.S. Department of Commerce, International Trade Administration ("ITA"), in its AD administrative review of Aluminum Extrusions from the People's Republic of China, Case Number A-570-967 contained in *Aluminum Extrusions from the People's Republic of China:  Final Results of Antidumping Duty Administrative Review; 2019-2020*, 87 Fed. Reg. 7098 (Dep't of Commerce,  February 8, 2022).

1

3. **Date of Determination:**

    The contested determination was issued by the Department of Commerce on February 2, 2022.

4. **Notice of Contested Determination:**

    The final results of the administrative review of the antidumping duty order was published in the Federal Register on February 8, 2022.

    Respectfully Submitted,

/s/ Beth C. Ring
Beth C. Ring, Esq.
**SANDLER TRAVIS & ROSENBERG, P.A.**
675 Third Avenue, Suite 1805-06
New York, NY 10017
Tel: (212) 549-0133
Email: bring@strtrade.com

*Attorney for Plaintiffs Industrias Feliciano Aluminum, Inc., JL Trading Corp. and Puertas y Ventanas, J.M., Inc.*

Dated: March 10, 2022

## **SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza. Room 346
New York, NY 10278

Attorney-in-Charge
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, D.C. 20530

General Counsel, U.S. Dept. of Commerce
Office of the Chief Counsel for Trade Enforcement and Compliance
U.S. Department of Commerce
14th St. and Constitution Ave., NW
Washington, D.C. 20230